**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT J. KOVAL

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:18-20075 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/08/2018 and confirmed on 02/16/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 21,779.00 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,774.01 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,260.00 | |
|   Trustee Fee | 975.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,235.53 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 14,064.18 | 0.00 | 14,064.18 |
|     Acct: 0149 | | | | |
| | | | | 14,064.18 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT J. KOVAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT J. KOVAL | 4.99 | 4.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 3,260.00 | 3,260.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX5GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 7,214.08 | 1,492.16 | 0.00 | 1,492.16 |

| 18-20075 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 1556 | | | | | |
| LVNV FUNDING LLC, ASSIGNEE | | 378.57 | 78.31 | 0.00 | 78.31 |
| Acct: 3431 | | | | | |
| DISCOVER BANK(*) | | 5,524.82 | 1,142.76 | 0.00 | 1,142.76 |
| Acct: 3764 | | | | | |
| ONE MAIN FINANCIAL OF PA INC A/S/F SP | | 693.25 | 143.39 | 0.00 | 143.39 |
| Acct: 2044 | | | | | |
| PNC BANK NA | | 1,487.49 | 307.68 | 0.00 | 307.68 |
| Acct: 2276 | | | | | |
| SEARS/CITI CARD USA*++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| CREDITOR INFORMATION MISSING OR VA( | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| BRIAN C NICHOLAS ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 3,164.30 |

TOTAL PAID TO CREDITORS                                                                                                     17,538.48

TOTAL CLAIMED
PRIORITY              310.00
SECURED                 0.00
UNSECURED          15.298.21


Date: 06/03/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com